IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANDREA KNOWLES )
 ) No. 3-11-0606
v. )
 )
BEACH OIL COMPANY )

O R D E R

On September 24, 2012, plaintiff's counsel's office called the office of the Magistrate Judge to advise that the parties had reached a settlement.

As a result, the telephone conference call, scheduled by order entered September 17, 2012 (Docket Entry No. 20), on September 25, 2012, is CANCELLED.

By October 12, 2012, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' agreed order of dismissal to be filed by October 12, 2012.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered November 8, 2011 (Docket Entry No. 14), the pretrial conference and trial were scheduled on January 11, 2013, and January 22, 2013, respectively.