IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANDREA KNOWLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:11-cv-00606 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| BEACH OIL COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

The parties to this action have filed a Joint Motion to Dismiss Complaint in the above-captioned case ("Motion"). (Doc. No. 22.) Having reached a settlement, they request the Court to dismiss with prejudice all claims filed. (*Id.*) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Motion is **GRANTED**, and the case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this 5 day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT