ANDREA KNOWLES ) NO. 3:11cv0606
) JUDGE NIXON
v. )
)
BEACH OIL COMPANY, INC. )
)

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/5/2012.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk